JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 5:14-1571 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JULISSA VALLE, AKA JULISSA L. VALLE, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Julissa Valle, aka Julissa L. Valle, in the principal amount of $1,637.51 plus interest accrued to July 30, 2014, in the sum of $2,427.57; with interest accruing thereafter at 8% per annum until entry of judgment, for a total amount of $**4,065.08**.

DATED: 9/11/14                           By: TERRY NAFISI
                                             Clerk of the Court

                                             Yvette Lewis
                                             Deputy Clerk
                                             United States District Court